**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

REGINA BOLIN, individually and as successor in interest to Decedent Gary Gates, et al.,

Plaintiffs,

v.

COUNTY OF SAN DIEGO, et al.,

Defendants.

Case No.: 3:26-cv-06078-RBM-AHG

**ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR APPOINTMENT AS GUARDIAN AD LITEM**

**[Doc. 4]**

Before the Court is the Application of Regina Bolin for Appointment as Guardian Ad Litem for Plaintiff J.N.B. ("Application"). (Doc. 4.) Plaintiff Regina Bolin is the mother of minor Plaintiff J.N.B. (*Id.* at 4 [Decl. of Regina Bolin] ¶ 2.) Bolin attests that she is competent and "will look out for J.N.B.'s best interests; including those interests in this instant lawsuit." (*Id.* ¶¶ 1–5.)

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). As part of that duty, the Court "must appoint a guardian ad litem—or issue another appropriate order—to protect a minor." Fed. R. Civ. P. 17(c)(2).

A guardian ad litem needs to be dedicated to the best interests of the minor *and* "must not face an impermissible conflict of interest with the [minor]." *AT&T Mobility, LLC v. Yeager*, 143 F. Supp. 3d 1042, 1054 (E.D. Cal. 2015); *see also Elliott v. Versa CIC, L.P.*, 328 F.R.D. 554, 556 (S.D. Cal. 2018) (noting that the Court may remove a guardian ad litem "if she acts contrary to the best interests of the minor or . . . has a conflict of interest with the minor").

The Court acknowledges that Regina Bolin "will look out for J.N.B.'s best interests." But because the declaration does not indicate whether Regina Bolin may have a conflict of interest with J.N.B., the Court **DENIES without prejudice** the Application (Doc. 4). Any renewed Application shall address potential conflicts of interest with minor Plaintiff J.N.B.

Separately, the Court reminds counsel that proposed orders must be submitted in Word format to the undersigned's chambers email. *See* The Hon. Ruth Bermudez Montenegro Civ. Chambers R. III.G.

**IT IS SO ORDERED**.

DATE: November 6, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE